IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Maceo Sandy Scott Jr.

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Richland County Sheriffs Dept.
George Poulin Jr.
Gilbert Gallegos

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. _____

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☐ No
*(check one)*

USDC CLERK, COLUMBIA, SC
RECEIVED
2019 MAR 26  PM 12:27

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Maceo Sandy Scott Jr.
Street Address: 1510 St. Andrews rd. apt. 1507
City and County: Columbia / Richland
State and Zip Code: South Carolina / 29210
Telephone Number: 803-391-5890

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Richland County Sheriffs Dept.
Job or Title (if known): Officers / investigators
Street Address: 5623 Two Notch rd. c
City and County: Columbia / Richland
State and Zip Code: South Carolina / 29223
Telephone Number: 803-576-3000

Defendant No. 2

Name: George Poulin Jr.
Job or Title (if known): Officer / Investigator
Street Address: 5623 Two Notch rd.
City and County: Columbia / Richland
State and Zip Code: South Carolina / 29223
Telephone Number: 803-576-3000

Defendant No. 3

Name: Gilbert Gallegos

2

|   |   |
|---|---|
| Job or Title (if known) | Officer / Investigator |
| Street Address | 5623 Two Notch rd. |
| City and County | Columbia / Richland County |
| State and Zip Code | South Carolina / 29223 |
| Telephone Number | 803-576-3000 |

Defendant No. 4

|   |   |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question         ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

I was falsely accused of many crimes. This falls under federal statute of false imprisonment and false arrest.

3

pg. 4
Defendent
#3 Gilbert Gallegos citizen of South Carolina.

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Marco Sandy Scott Jr., is a citizen of the State of *(name)* South Carolina.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* George Poulin Jr., is a citizen of the State of *(name)* South Carolina. Or is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation

    The defendant, *(name)* Richland County Sheriff dept. is incorporated under the laws of the State of *(name)* South Carolina, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

Under federal statute the amount a person may recieve for false arrest/false imprisonment is $50,000 per year. I was arrested for over a decade and the charges are pending. Im seeking a minimum amount of $550,000.

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I was falsely accused of Burglary/Grand Larceny 11-20-2008. I was later charged with the throwing of bodily fluids Feb. 21st, March 3rd, and March 5th all in 2010. On the Burglary/Grand Larceny I was arrested on hearsay statements, never cross examined in a trial hearing. On the throwing of bodily fluids there was no evidence provided to the Sheriff's office to be tested for bodily fluids (rule #5) This occured at 5th Judcial Circuit

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I'm asking the federal court to grant my rights to have these charges dismissed under State law. All six of these charges are still pending, and it is effecting my life to the point I am having trouble getting a job and the Army will not accept me due to the fact I was forced in that mental institution. The Federal statute on false arrest/false impris is $50,000 per year. After having these charges pending for over a decade, I should be entitled to a minimum of $550,00

5

**V.     Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 20__.

Signature of Plaintiff     *Maceo Sandy Scott Jr.*
Printed Name of Plaintiff  Maceo Sandy Scott Jr.

**B.     For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney     _____
Printed Name of Attorney  _____
Bar Number                _____
Name of Law Firm          _____
Address                   _____
Telephone Number          _____
E-mail Address            _____

6