# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Maceo Sandy Scott, Jr., *Plaintiff* <br> v. <br> Richland County Sheriffs Dept. *Officers/Investigators*; George Poulin, Jr. *Officer/Investigator*; Gilbert Gallegos *Officer/Investigator,* *Defendants* | ) ) ) ) ) ) ) <br> Civil Action No. 3:19-cv-00908-JMC |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

■ The plaintiff, Maceo Sandy Scott, Jr., shall take nothing of the defendants, Richland County Sheriffs Dept. *Officers/Investigators*; George Poulin, Jr. *Officer/Investigator* and Gilbert Gallegos *Officer/Investigator,* and this action is dismissed with prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge, presiding, accepting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date: October 4, 2019

*ROBIN L. BLUME, CLERK OF COURT*

s/L. Baker

*Signature of Clerk or Deputy Clerk*